# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**TINA O'HERN and DENNIS O'HERN,**

     **Plaintiffs,**

**v.**                          **Case No.  8:11-cv-1039-T-30AEP**

**STEPHEN A. BORTONE, PATRICIA
KENNEDY and CATHY READINGER,**

     **Defendants.**

_____/

## <u>ORDER</u>

THIS CAUSE comes before the Court upon Plaintiffs' Corrected Motion for Leave To File Second Amended Complaint and Demand for Jury Trial (Dkt. # 27).  Although the requested amendment to predicate counts on both the First and Fifth Amendments appears futile, the Court will allow amendment this last time in order for Plaintiffs to submit their complaint in the form they would like it to appear on appeal, if they so elect.

It is therefore ORDERED AND ADJUDGED that:

1.    Plaintiffs' Corrected Motion for Leave to File Second Amended Complaint and Demand for Jury Trial (Dkt. #27) is GRANTED.

2.    Plaintiffs are directed to file their second amended complaint within ten (10) days.

3.     Defendants' Dispositive Motion to Dismiss Amended Complaint and Memorandum of Law (Dkt. #21) is DENIED as moot.

**DONE** and **ORDERED** in Tampa, Florida on September 5, 2012.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2011\11-cv-1039.mtamend.frm